```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA

                         Alexandria Division

                                    )
NORFOLK SOUTHERN RAILWAY CO.,       )
                                    )
     Plaintiff,                     )
                                    )
                                    )
     v.                             )    1:08cv618 (JCC)
                                    )
                                    )
CITY OF ALEXANDRIA, et al.,         )
                                    )
                                    )
     Defendants.                    )
                                    )
```

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Norfolk Southern Railway and RSI Leasing's Motion for Summary Judgment on Counts I and II is DENIED AS MOOT;

(2) City of Alexandria's Motion for Summary Judgment on Counts I and II is GRANTED;

(3) Norfolk Southern Railway and RSI Leasing's Motion for Summary Judgment on Count III is DENIED;

(4) City of Alexandria's Motion for Summary Judgment on Count III is GRANTED;

(5) Norfolk Southern Railway and RSI Leasing's Motion for Summary Judgment on Counts IV and V is GRANTED;

(6) City of Alexandria's Motion for Summary Judgment on Counts IV and V is DENIED; and,

(7) the Clerk of the Court shall forward copies of this Order to all counsel of record.

THIS ORDER IS FINAL.

April 15, 2009                    _____/s/_____
Alexandria, Virginia                         James C. Cacheris
                                  UNITED STATES DISTRICT COURT JUDGE